**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

HANNAH BABB,

: No. 99 MAL 2016
:
Petitioner
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v.
:
:
:
:
LYNN PLUSA, RN BSN, CSN AND : 
DEBBIE TANCREDI, RN AND :
PENNSYLVANIA VIRTUAL CHARTER :
SCHOOL, :
:
Respondents :

## ORDER


**PER CURIAM**

    **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.